FILED

JUN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Samira Azzam
119 Pierce Street NW
Washington DC 20001
202-391-8192

VS.

Department of Homeland Security
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue,
Fairfax, VA 22031-4906

Case: 1:07-cv-01165
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/29/2007
Description: Pro Se Gen. Civil

COMPLAINT

I received a denial letter on March 30, 2007 regarding my application for naturalization which contains incorrect facts which are as follows,

- The letter states that "the record of the service reflects that the District Director denied your application on August 8, 2005." **The fact is** I filed my application of naturalization on 11/23/05, (copy of my application is attached). I did not have any file with the U.S. Citizenship and Immigration Services, USCIS, on August 8, 2005.
- The letter states that "you failed to appear for your scheduled appointment on March 28, 2007." **The fact is** I appeared and met Mr. Henry Barber, Supervisor, and informed him about the emergency that we have and I asked for re-schedule my appointment. Mr. Barber thanked me for coming and told me that He will send us a letter with the new schedule date within a month.

To report the mistakes in the denial letter, I went to USCIS office four times in the following dates;

- **First time, on April 9th**, I informed Ms. D.A. Hawkins, Information Officer, about the mistake and she asked me to fill an Inquiry Form stating the facts. She told me "you will receive a response within a week to 10 days'. I filled the Inquiry Form, but I did not receive any response.
- **Second time, on April 20th**, I speak with Ms. Clark and I asked her if I can meet Mr. Barber because of the time constrained on the letter, but she said no. She

RECEIVED

JUN 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

asked me to fill the Inquiry Form and told me " you will receive a response by mail within a week or 10 days", but I have received no response.

- **Third time, on May 8th**, when I asked the Information Officer about my case, she said, Right now, Mr. Barber has your file and you should receive a response shortly and she asked me to fill the Inquiry Form. I did fill the Inquiry Form and I attached a letter to Mr. Barber, but again I have not received any response.
- **Froth time, June 18th**, I asked the Information Officer about any update on my application. She told me we called your file on June 11th. I told her, but last time I was told that Mr. Barber has my file and now you are saying the file has been called and the file is not here yet. She said I don't have control upstairs. All what we can do is take your Inquiry Form to them.
  She added, I understand your frustration but I can not let you meet Mr. Barber and I can not do anything except taking the Inquiry Form to them. When I showed her the time restriction on the denial letter, 120 day for appeal from March 30th, she advised me to go to the United State District Court and she gave me the address.

I have never had any case with the Court and bring my case to the Court is the only option left for me. Although I am disappointed with USCIS over my case, I have confidence in U.S. Court System justice and fair judgment.

I am asking your honor to look at my case and help me since I tried everything that I can with USCIS, but I did not received any type of response and they refused to let me meet with the CIS Officer. I would really appreciate your time, consideration and assistance.

Should your honor have any question or need more information, please contact me.

Sincerely,

Samira Azzam/Amal Azzam
Samra Azzam
6/21/07

119 Pierce Street NW
Washington DC 20001
202-391-8192

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue, Fairfax, VA 22031-4906

Refer to this File No.
A 47 147 724

Date: March 30, 2007

Samira Azzam
119 Pierce St NW
Washington DC 20001

Dear Mrs. Azzam

Reference is made to your Request for Hearing on a Decision for Naturalization Proceedings, Form N-336, which you filed pursuant to Section 336 of the Immigration and Nationality Act.

Section 336 provides:

> (a) If, after an examination under Section 335, an application for naturalization is denied, the applicant may request a hearing before an immigration officer.

Title 8, Code of Federal Regulations, Part 336.2 provides in pertinent part:

> **Hearing before an immigration officer**.....The reviewing officer shall have the authority and discretion to review the application for naturalization, to examine the applicant, and either to affirm the findings and determination of the original examining officer or to redetermine the original decision of the Service in whole or in part. The reviewing officer shall also have the discretion to review any administrative record which was created as part of the examination procedures as well as Service files and reports. He or she may receive new evidence or take such additional testimony as may be deemed relevant to the applicant's eligibility for naturalization....

The records of this Service reflects that the District Director denied your application on August 8, 2005. The decision was based on a determination that you failed to meet the English requirements.

On August 22, 2005, you filed your request for a hearing on the Director's decision, and based on that request you were mailed a notice to appear on March 28, 2007. You failed to appear for your scheduled appointment.

Accordingly, for the reasons set forth above, the application may not be approved and is hereby denied. As a result, this decision is affirmed. You may appeal this decision by filing a petition for review in the United States District Court having jurisdiction over your place of residence in accordance with Chapter 7 of Title 5, United States Code, within a period of not more than 120 days after receipt of this notice. Or you may re-apply for a new N-400 application at anytime.

Sincerely,

District Director

07 1165

**FILED**

JUN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# INQUIRY FORM

Please **CHECK** reason for your Inquiry: ______ Change of Address ✓ Case Status

**Customer Information:**

Name: Samira Azzam
Date: 6/18/07
Phone Number: 202-391-8192
Address: 119 Pierce Street N.W. Washington DC 20001
Date of Birth: 9-25-1945
Office where your case was filed: Washington DC office ~~to~~ Arlington / VA

Immigration Status (must check one):
___ Permanent Resident A# 047-147-724
___ Visa type ______
___ Other ______

Type of Application/Benefit applied for: ______

Receipt #: ______

**Customers please used the back of this page for your comments. DHS-USCIS please read the back of this page. Thank you**

**Change of Address Information (for Change of Address Inquiries only):**

New Residence Address:

New Mailing Address:

**OLD ADDRESS:**

**IIO COMMENTS: (INS use only)**

**OFFICER CHECK ONE** t [ ]Clark[ ]Davis[ ] ]Hawkins [X]Mansfield ( )Setzer[ ]Simmons[ ] **INQUIRY FORWARDED** ______

**DATE** 6/18/07

This the forth time to come here since I received the attached letter Every time I was told I will receive a response within week or 10 days but I have not received anything. I really appreciate your help and considration

# INQUIRY FORM

Please CHECK reason for your Inquiry: ____ Change of Address ✓ Case Status

**Customer Information:**

Name: Samira Azzam

Date: 5/8/07

Phone Number: 202-391-8192

Address: 119 Pierce St. N.W. Washington DC 20001

Date of Birth: 9/25/45

Office where your case was filed: Washington DC/VA office

Immigration Status (must check one):

___ Permanent Resident A# 047-147-724

___ Visa type ________

___ Other ________

Type of Application/Benefit applied for: N-336

Receipt #: ________

Customers please used the back of this page for your comments. DHS-USCIS please read the back of this page. Thank you

**Change of Address Information (for Change of Address Inquiries only):**

New Residence Address: ________

New Mailing Address: ________

**OLD ADDRESS:**

**IIO COMMENTS: (INS use only)**

**OFFICER CHECK ONE** Bailey [ ]Barnert [ ]Clark[ ]Crandle[ ]Davis[ ]Gill[ ]Hawkins [ ]Lowe[ ]Setzer[ ]Simmons[ ] **INQUIRY FORWARDED** Exam Henry Barber

**DATE** 5/8/07

Mr. Barber, please see my attached letter with supporting documents

Please see letter attached.

revised 10/02

5/8/07

To: Mr. Barber,
From: Samira Azzam, USCIS File # A 047-147-724
Re.: Response to letter dated March 30, 2007

Dear Mr. Barber,

Please read this letter as it is my third letter within a month to response to the mistake on the denial letter, attached. I really appreciate your time, consideration and compassion.

Mr. Barber, the attached denial letter states that my application is denied because my mother failed to appear for her scheduled appointment on March 28, 2007. The fact is I (her daughter) came immediately after I received the appointment letter on the first week of March and met you in personal and asked for re-scheduling due to a family emergency. The secretary was also explaining why I am waiting for you. [if you forgot, would you please check with her] Mr. Barber, yourself, thanked me for coming and you wrote with a red pen on the letter and told me "We will send you another letter for the new date within one to two months". Mr. Barber, if you can, please check to see how many times I did come to ask about my mother application, almost every month since we file for hearing on August 22. If I came every month to ask about the appointment, how we did not come for the appointment on March 28, 2007!

Mr. Barber, I came two times on April (April 9th and April 20th) to report the mistake on the letter, but I received humiliated treatments. For example, On April 20, I came to your office since I have not received any responses as Officer Hawkias told me on April 9. I asked the officer to check the case in the computer, probably anything new, but the answer was NO, nothing in the computer, even without checking the computer. I was bagging the officer to ask the secretary upstairs who will remember seeing me and this is the only wetness but the answer was NO. She said the role is not to deal with anybody upstairs until June 29th. I wondered why June 29th and I found that the denial letter dated March 30, 2007, and after June 29th, I will not have any right to ask about my application.

After long conversation, she said with very bad way, wait! She asked another officer to talk with me. The other officer, apparently is a supervisor, told me to fill another form to Mr. Barber (when I gave her the description she said he is Mr. Barber) but up to date we have not received anything.

Mr. Barber, please let me tell you about the other unfairness that we encountered. We applied for my citizenship on November 06, then, the first citizenship interview was on 6/13/06. On that interview, my mother passed the U.S. history and government test, passed also the reading and writing test. However, she failed the test since she did not know everything in the N-400 application since I (her daughter) filled the application for her. The interviewer, CIS officer, Ms. Lan Roy, told her you did a great but you have to know everything on the application and she asked her to come back on August 11 to be tested on the application only (please see attached letter).

please note that, the last two times, I was told "you will receive a response within a week" and I have not. this the reason I am here today. AA

On August 11, she had the second interview with Ms. Easterly. She answered all the questions except the question about 9/11. When my mother came out of the interview, she asked me what is September 11 and when I explained to her, she start crying and complaining from Ms. Easterly injustice since she doesn't know anything about September 11 and this was the only question that she did not know. I went downstairs I asked the people who gave me the application for appeal. (Please see her attached letter).

Mr. Barber, Please help, we felt humiliation not only during the last two visits to your office but also during the second interview on August 11 and we don't know what to do. Although of my mother illness and her age, 62, that makes her learning challenge, she went to the school and tried very hard to meet the citizenship requirements. My mother is taking a medication for more than five years and when she got distressed, her health got affected.

I am attaching few appointments letter that I reserved from infopass to check the application status as well as others supporting documents for your consideration.

Mr. Barber, I would like to thank you for your time and consideration. I am looking forward to hearing from you. If you need more information, please call me at 202-391-8192. [I can come any time if my coming will help of reminding me as I waited about 40 minutes in front of your secretary (who was an old nice lady

Sincerely
Samira Azzam/Amal Azzam

Samira Azzam
5 Aug 07

119 Pierce Street NW
Washington DC 20001

Sent on 11-23-05

OMB No. 1615-0052

**Department of Homeland Security**
U.S Citizenship and Immigration Services

# N-400 Application for Naturalization

**Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black ink.**

## Part 1. Your Name. *(The Person Applying for Naturalization)*

Write your USCIS "A"- number here:
A # 047-147-724

**For USCIS Use Only**

| Bar Code | Date Stamp |
|---|---|
| | Remarks |
| Action Block | |

A. Your current legal name.

Family Name *(Last Name)*: AZZAM

Given Name *(First Name)*: SAMIRA — Full Middle Name *(If applicable)*: I.

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*: AZZAM

Given Name *(First Name)*: SAMIRA — Full Middle Name *(If applicable)*: I.

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| N/A | | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name? ☐ Yes ☒ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*:

Given Name *(First Name)*: — Full Middle Name:

## Part 2. Information About Your Eligibility. *(Check Only One)*

I am at least 18 years old **AND**

A. ☒ I have been a Lawful Permanent Resident of the United States for at least five years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least three years, and I have been married to and living with the same U.S. citizen for the last three years, and my spouse has been a U.S. citizen for the last three years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* ____________________

**Part 3. Information About You.**

Write your USCIS "A"- number here:
A # 047-147-724

A. U.S. Social Security Number: 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

B. Date of Birth *(mm/dd/yyyy)*: 09/25/1945

C. Date You Became a Permanent Resident *(mm/dd/yyyy)*: 02/24/2001

D. Country of Birth: EGYPT

E. Country of Nationality: EGYPT

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)* ☐ Yes ☒ No

G. What is your current marital status? ☐ Single, Never Married ☒ Married ☐ Divorced ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* ______

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application? ☒ Yes ☐ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)* ☐ Yes ☒ No

If you answered "Yes," check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: ______

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: ______

**Part 4. Addresses and Telephone Numbers.**

A. Home Address - Street Number and Name *(Do **not** write a P.O. Box in this space)*: 119 PIERCE STREET NW WASHINGTON DC

Apartment Number:

| City | County | State | ZIP Code | Country |
|---|---|---|---|---|
| WASHINGTON | NW | DC | 20001 | USA |

B. Care of: SAME

Mailing Address - Street Number and Name *(If different from home address)*:

Apartment Number:

| City | State | ZIP Code | Country |
|---|---|---|---|
| | | | |

C. Daytime Phone Number *(If any)*: (202) 789-0303

Evening Phone Number *(If any)*: (202) 789-0303

E-mail Address *(If any)*: mohviv2@yahoo.com

**Part 5. Information for Criminal Records Search.**

Write your USCIS "A"- number here:
A # 047-147-724

**NOTE:** The categories below are those required by the FBI. See Instructions for more information.

**A.** Gender

☐ Male ☒ Female

**B.** Height

5 Feet 7 Inches

**C.** Weight

155 Pounds

**D.** Are you Hispanic or Latino? ☐ Yes ☒ No

**E.** Race *(Select one or more.)*

☒ White ☐ Asian ☐ Black or African American ☐ American Indian or Alaskan Native ☐ Native Hawaiian or Other Pacific Islander

**F.** Hair color

☐ Black ☒ Brown ☐ Blonde ☐ Gray ☐ White ☐ Red ☐ Sandy ☐ Bald (No Hair)

**G.** Eye color

☐ Brown ☐ Blue ☒ Green ☐ Hazel ☐ Gray ☐ Black ☐ Pink ☐ Maroon ☐ Other

**Part 6. Information About Your Residence and Employment.**

**A.** Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(mm/dd/yyyy)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | | |
| 1606 K STREET NE, AP.# 303, WASHINGTON DC 20002 | 02/24/2001 | 06/29/2001 |
| | | |
| | | |
| | | |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(mm/dd/yyyy)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part 7. Time Outside the United States.**
***(Including Trips to Canada, Mexico and the Caribbean Islands)***

Write your USCIS "A"- number here:
A # 047-147-724

**A.** How many total days did you spend outside of the United States during the past five years? 864 days

**B.** How many trips of 24 hours or more have you taken outside of the United States during the past five years? 5 trips

**C.** List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States *(mm/dd/yyyy)* | Date You Returned to the United States *(mm/dd/yyyy)* | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 01/30/2005 | 07/27/2005 | ☐ Yes ☒ No | EGYPT | 177 |
| 01/05/2004 | 06/30/2004 | ☐ Yes ☒ No | EGYPT | 176 |
| 01/25/2003 | 07/19/2003 | ☐ Yes ☒ No | EGYPT | 174 |
| 05/09/2002 | 10/26/2002 | ☐ Yes ☒ No | EGYPT | 169 |
| 08/24/2001 | 02/10/2002 | ☐ Yes ☒ No | EGYPT | 168 |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History.**

**A.** How many times have you been married (including annulled marriages)? 1 If you have **never** been married, go to Part 9.

**B.** If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*: AZZAM
Given Name *(First Name)*: ELSAYED
Full Middle Name *(If applicable)*: A.

**2.** Date of Birth *(mm/dd/yyyy)*: 11/15/1942

**3.** Date of Marriage *(mm/dd/yyyy)*: 08/19/1962

**4.** Spouse's U.S. Social Security #: N/A

**5.** Home Address - Street Number and Name: EZZBIT AL-ARBAEN
Apartment Number:

City: ETAY EL-BAROOD
State: BEHIARA
Zip Code: EGYPT

**Part 8. Information About Your Marital History.** *(Continued)*

Write your USCIS "A"- number here:
A # 047-147-724

C. Is your spouse a U.S. citizen? ☐ Yes ☒ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen? ☐ At Birth ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is **not** a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship: EGYPT

2. Spouse's USCIS "A"- Number *(If applicable)*: A N/A

3. Spouse's Immigration Status

☐ Lawful Permanent Resident ☒ Other HAS ONLY A VISITING VISA

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*: N/A

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other

3. Date of Marriage *(mm/dd/yyyy)*

4. Date Marriage Ended *(mm/dd/yyyy)*

5. How Marriage Ended

☐ Divorce ☐ Spouse Died ☐ Other

G. How many times has your current spouse been married (including annulled marriages)?

If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*: N/A

Given Name *(First Name)*

Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other

3. Date of Marriage *(mm/dd/yyyy)*

4. Date Marriage Ended *(mm/dd/yyyy)*

5. How Marriage Ended

☐ Divorce ☐ Spouse Died ☐ Other

**Part 9. Information About Your Children.**

Write your USCIS "A"- number here:
A # 047-147-724

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

8

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of Son or Daughter | Date of Birth *(mm/dd/yyyy)* | USCIS "A"- number *(if child has one)* | Country of Birth | Current Address *(Street, City, State and Country)* |
|---|---|---|---|---|
| NAJJAH AZZAM | 11/09/1965 | A N/A | EGYPT | BEHAIRA/EGYPT |
| AMAL AZZAM | 06/19/1968 | A U.S.CITIZEN | EGYPT | BEHAIRA/EGYPT |
| MUNA AZZAM | 02/09/1972 | A N/A | EGYPT | BEHAIRA/EGYPT |
| HANAN AZZAM | 10/06/1974 | A N/A | EGYPT | BEHAIRA/EGYPT |
| IBRAHEEM AZZAM | 01/05/1977 | A N/A | EGYPT | BEHAIRA/EGYPT |
| BASIM AZZAM | 09/04/1979 | A N/A | EGYPT | BEHAIRA/EGYPT |
| SAMEH AZZAM | 02/02/1982 | A # 095-912-418 | EGYPT | BEHAIRA/EGYPT |
| RAFAT AZZAM | 06/14/1997 | A N/A | EGYPT | BEHAIRA/EGYPT |

**Part 10. Additional Questions.**

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

**A. General Questions.**

1. Have you **ever** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☒ No
2. Have you **ever** registered to vote in any Federal, state or local election in the United States? ☐ Yes ☒ No
3. Have you **ever** voted in any Federal, state or local election in the United States? ☐ Yes ☒ No
4. Since becoming a Lawful Permanent Resident, have you **ever** failed to file a required Federal, state or local tax return? ☐ Yes ☒ No
5. Do you owe any Federal, state or local taxes that are overdue? ☐ Yes ☒ No
6. Do you have any title of nobility in any foreign country? ☐ Yes ☒ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last five years? ☐ Yes ☒ No

**Part 10. Additional Questions. (Continued)**

Write your USCIS "A"- number here:
A # 047-147-724

**B. Affiliations.**

8. a. Have you **ever** been a member of or associated with any organization, association, fund, foundation, party, club, society or similar group in the United States or in any other place? ☐ Yes ☒ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **ever** been a member of or in any way associated *(either directly or indirectly)* with:

b. Any other totalitarian party? ☐ Yes ☒ No

c. A terrorist organization? ☐ Yes ☒ No

10. Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government by force or violence? ☐ Yes ☒ No

11. Have you **ever** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group or political opinion? ☐ Yes ☒ No

12. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

a. The Nazi government of Germany? ☐ Yes ☒ No

b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany? ☐ Yes ☒ No

c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp? ☐ Yes ☒ No

**C. Continuous Residence.**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **ever** called yourself a "nonresident" on a Federal, state or local tax return? ☐ Yes ☒ No

14. Have you **ever** failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"? ☐ Yes ☒ No

**Part 10. Additional Questions. (Continued)**

Write your USCIS "A"- number here:
A # 047-147-724

**D. Good Moral Character.**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

15. Have you ever committed a crime or offense for which you were not arrested? ☐ Yes ☒ No

16. Have you **ever** been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason? ☐ Yes ☒ No

17. Have you **ever** been charged with committing any crime or offense? ☐ Yes ☒ No

18. Have you **ever** been convicted of a crime or offense? ☐ Yes ☒ No

19. Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☒ No

20. Have you **ever** received a suspended sentence, been placed on probation or been paroled? ☐ Yes ☒ No

21. Have you **ever** been in jail or prison? ☐ Yes ☒ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table. If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer Questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

22. Have you **ever**:

a. Been a habitual drunkard? ☐ Yes ☒ No

b. Been a prostitute, or procured anyone for prostitution? ☐ Yes ☒ No

c. Sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☒ No

d. Been married to more than one person at the same time? ☐ Yes ☒ No

e. Helped anyone enter or try to enter the United States illegally? ☐ Yes ☒ No

f. Gambled illegally or received income from illegal gambling? ☐ Yes ☒ No

g. Failed to support your dependents or to pay alimony? ☐ Yes ☒ No

23. Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal? ☐ Yes ☒ No

24. Have you **ever** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☒ No

**Part 10. Additional Questions. (Continued)**

Write your USCIS "A"- number here:
A # 047-147-724

**E. Removal, Exclusion and Deportation Proceedings.**

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☒ No

26. Have you ever been removed, excluded or deported from the United States? ☐ Yes ☒ No

27. Have you ever been ordered to be removed, excluded or deported from the United States? ☐ Yes ☒ No

28. Have you ever applied for any kind of relief from removal, exclusion or deportation? ☐ Yes ☐ No

**F. Military Service.**

29. Have you ever served in the U.S. Armed Forces? ☐ Yes ☒ No

30. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

31. Have you ever applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☒ No

32. Have you ever deserted from the U.S. Armed Forces? ☐ Yes ☒ No

**G. Selective Service Registration.**

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☐ Yes ☒ No

If you answered "NO," go on to question 34.

If you answered "YES," provide the information below.

If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (mm/dd/yyyy) ____ Selective Service Number ____

If you answered "YES," but you did not register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

**H. Oath Requirements.** *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☒ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☒ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☒ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

**Part 11. Your Signature.**

Write your USCIS "A"- number here:
A # 047-147-724

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature: Samira Azzam

Date *(mm/dd/yyyy)*: 11/23/2005

**Part 12. Signature of Person Who Prepared This Application for You.** *(If Applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name: AMAL AZZAM

Preparer's Signaure: [signature]

Date *(mm/dd/yyyy)*: 11/23/2005

Preparer's Firm or Organization Name *(If applicable)*:

Preparer's Daytime Phone Number: 202-789-0303 OR 202-391-8192

Preparer's Address - Street Number and Name: 119 PIERCE STREET NW

City: WASHINGTON

State: DC

Zip Code: 20001

**NOTE: Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.**

[illegible]

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ______ and the evidence submitted by me numbered pages 1 through ______, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me ____________________

Officer's Printed Name or Stamp

Date *(mm/dd/yyyy)*

Complete Signature of Applicant

Officer's Signature

**Part 14. Oath of Allegiance.**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

OMB No. 1615-0060; Expires 03/31/2005

Department of Homeland Security
U.S. Citizenship and Immigration

# N-648, Medical Certification for Disability Exceptions

**Part I. This section to be completed by applicant. (Please print or type information in black ink)**

| Last Name | First Name | Middle Name | Alien Registration Number |
|---|---|---|---|
| Azzam | Samira | F. | A# 047-147-724 |

| Address | U. S. Social Security Number |
|---|---|
| 119 [illegible] NW Washington DC | |

| City | State | Zip Code |
|---|---|---|
| N.W | DC | 20001 |

| Telephone Number | Date of Birth (mm/dd/yyyy) | Gender |
|---|---|---|
| (202) 789-0303 | 9-25-1945 | F |

I, Samira Azzam (Applicant's Name) authorize Dr. Richard Mclenden (Licensed medical doctor, doctor of osteopathy or clinical psychologist) to release all relevant physical and mental health information related to my medical status to the U.S. Citizenship and Immigration Services (USCIS) for the purpose of applying for an exception from the English language and U.S. civics testing requirements for naturalization. I certify under penalty of perjury, pursuant to Title 28 U.S.C. Section 1746, that the information on this form and any evidence submitted with it are all true and correct. I am aware that the knowing placement of false information on the Form N-648 and related documents may also subject me to civil penalties under 8 U.S.C. 1324c.

**Signature** Samira Azzam **Date** 9/21/05

**Part II. This section to be completed by a licensed medical doctor, doctor of osteopathy or licensed clinical psychologist. (See instructions.)**

***Purpose of This Form:*** The individual named above is applying to become a U.S. citizen. Applicants for naturalization are required to [illegible] English language, including an ability to read, write and speak words in ordinary usage in the English language, as well as knowledge and understanding of the fundamentals of the history, and of the principles and form of government of the United States. Individuals who are unable, because of a disability and/or impairment(s) to learn and/or demonstrate this required knowledge may apply for a waiver. The purpose of this form is to help determine whether your patient is eligible for this waiver.

***Definition of Disability and/or Impairment(s):*** An individual is eligible for this waiver if he or she is ***unable*** to learn and/or demonstrate knowledge of English and/or U.S. history and civics because of a physical or developmental disability, or mental impairment (or a combination of impairments). These disability and/or impairment(s) must result from anatomical, physiological or psychological abnormalities, which can be shown by medically acceptable clinical and laboratory diagnostic techniques. The disability and/or impairment(s) must result in functioning so impaired as to render an individual ***unable*** to demonstrate the ***required*** knowledge.

***NOTE:*** This ***definition of disability*** is ***different*** from the definition used by the Social Security Administration, Department of Veterans Affairs or worker's compensation programs. If your responses do not address the applicant's disability for the purposes of naturalization, we will require the applicant to submit a revised or second Form N-648 with the appropriate information.

*Provide **all** of the following required information, using common terminology that a person without medical training can understand, with no abbreviations. Type or print clearly in black ink. Illegible and incomplete forms will be returned. If you need additional space to provide your answers, attach additional pages.*

**Nature and duration of disability and/or impairment(s).**

1. (a) Based on your examination of the applicant, the applicant's symptoms, previous medical records, clinical findings or tests, does the applicant have any disability and/or impairment(s) that affect his or her ability to learn and/or demonstrate knowledge?

☐ Yes ☑ No **NOTE:** If *you answer "No," applicant is ineligible for a waiver; please continue with **Part II. 6.***

(b) Has the applicant's disability and/or impairment(s) lasted or do you expect it to last 12 months or longer?

☐ Yes ☐ No **NOTE:** If *you answer "No," applicant is ineligible for a waiver; please continue with **Part II. 6.***

(c) Is the applicant's disability and/or impairment(s) the direct effect of the illegal use of drugs?

☐ Yes ☐ No **NOTE:** If *you answer "Yes," applicant is ineligible for a waiver; please continue with **Part II. 6.***

| Applicant's Name | Alien Registration Number A- |
|---|---|

## Diagnosis of disability and/or impairments(s).

2. (a) Provide your clinical diagnosis of the applicant's disability and/or impairment(s) and describe the impairment(s) in terms a person without medical training can understand *(See Instructions for examples).*

(b) Provide the relevant DSM-IV code(s) for each disability and/or mental impairment(s) that you described above. If a DSM-IV code does not exist, write "N/A."

## Connection between the disability and/or impairment(s) and inability to learn [illegible]

The law requires that applicants for citizenship demonstrate *(1)* an understanding of the English language, including the *ability* to read, write and speak simple words and phrases in ordinary usage; and *(2)* a knowledge and understanding of the fundamentals of U.S. history and civics. An applicant's *difficulty* in fulfilling the requirements is not sufficient to support a waiver. In addition, illiteracy in the applicant's native language is not sufficient by itself to support a finding of inability to learn and/or demonstrate knowledge.

3. Based on your examination of the applicant, provide ***detailed*** information on the connection between the disability and/or impairment(s) and the applicant's inability to learn and/or demonstrate knowledge of English and/or U.S. history and civics *(see Instructions for examples).*

**NOTE:** *This description should address the severity of the effects of the disability and/or impairment(s), including the specific limitations that affect the applicant's ability to learn and/or demonstrate knowledge.*

Applicant's Name | Alien Registration Number A-

**Professional certified opinion.**

The law requires that in order to be eligible for the disability exception, the applicant must be ***unable*** to fulfill the requirements for English proficiency and/or knowledge of U.S. history and civics. An applicant's ***difficulty*** in fulfilling the requirements is not sufficient to support a waiver. In addition, ***illiteracy*** in the applicant's native language is ***not*** sufficient, by itself, to support a finding of inability to learn and/or demonstrate knowledge.

4. [illegible]

(a) In your professional opinion, has the disability impairment(s) described above affected the applicant's functioning to such a degree that he or she ***is unable*** to learn and/or demonstrate an ability to speak, read or write English?

☐ Yes ☐ No

(b) If *Yes*, which of the following is the applicant unable to learn and/or demonstrate? *(Check all that apply)*

☐ Speaking ☐ Reading ☐ Writing

5. **U.S. History and Civics Requirement:**

In your professional opinion, has the disability impairment(s) described above affected the applicant's functioning to such a degree that he or she is ***unable*** to learn and/or demonstrate knowledge of U.S. history and civics, even in a language the applicant understands?

☐ Yes ☐ No

**Background information.**

6. Date of your most recent examination of the applicant (mm/dd/yyyy), 9/22/05

7. Is this your first examination of the individual?

☐ Yes If *Yes*, from whom does the applicant usually receive medical care (i.e., name of doctor/clinic; if the applicant does not have an ongoing source of medical care, please write "N/A").

☒ No If *No*, for how long and for what conditions have you been treating the applicant? (If the conditions are the same as in **Part II. 2**, specify the length of time and write "Conditions -- Same as **Part II. 2.**")

I have been treating pt since 8/01. pt. has been treated for peptic ulcer & identif chr. arthritis.

8. What is the nature of your medical practice? (e.g., family/general practice, internal medicine, psychiatry, cardiology)

Internal medicine

I certify, under penalty of perjury under the laws of the United States of America, that the information on this form and any evidence submitted with it are all true and correct. Upon consent of the applicant, I agree to release this applicant's relevant medical records upon request from the U.S. Citizenship and Immigration Services. I am aware that the knowing placement of false information on the Form N-648 and related documents may also subject me to criminal penalites under Title 18, U.S.C. 1546 and civil penalties under 8 U.S.C. section 1324c.

Signature [signature], MD Date 9/23/05

**Type or print the following information:**

| Last Name | First Name | Middle Name |
|---|---|---|
| McClendon | Richard | |
| **Business Address** | **City, State, Zip Code** | **Telephone Number** |
| 2146 24th Pl NE | Wash, D.C. 20018 | (202) 281-1160 |
| **License Number** | **Licensing State** | **E-Mail Address, if any** |
| MD31412 | DC | |

Bank of America Advantage

720

AMAL E. AZZAM 10-01
202-789-0303
119 PIERCE ST. N.W.
WASHINGTON, DC 20001-1310

15-120/540 DC
8023

Date 11-22-05

Pay to the order of U.S. Citizenship and Immigration Services $ 330.00

Three hundred thirty dollars & 0.00/100 Dollars

Bank of America

Advantage

ACH R/T 054001204

Memo N-400 Applic. Fee

⑆054001204⑆ 001921108983⑈ 0720

Bank of America Advantage

722

AMAL E. AZZAM 10-01
202-789-0303
119 PIERCE ST. N.W.
WASHINGTON, DC 20001-1310

15-120/540 DC
8023

Date 11-22-05

Pay to the order of U.S. Citizenship and Immigration Services $ 70.00

Seventy dollars & 0.00/100 Dollars

Bank of America

Advantage

ACH R/T 054001204

Memo N-400/Biometrics fee

⑆054001204⑆ 001921108983⑈ 0722

U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service
PERMANENT RESIDE CARD
I-551

PERMANENT RESIDENT CARD
NAME AZZAM, SAMIRA I
INS A# 047-147-724
Birthdate
Sex
F
Country of Birth
Egypt
CARD EXPIRES 05/25/11
Resident since 02/24/01
C1USA0471477245SRC0118158563<<
4509257F1105256EGY<<<<<<<<<<<4
AZZAM<<SAMIRA<I<<<<<<<<<<<<<<

07-1165
RMU

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**
SAMIRA AZZAM

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**
Dept. of Homeland Security

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ________
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTC

Case: 1:07-cv-01165
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/29/2007
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHI[P] ... FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ...

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***
- ☐ 410 Antitrust

**☐ B. *Personal Injury/Malpractice***
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. *General Civil (Other)* OR ■ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ■ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

No Summons Issued

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

■ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ■ NO If yes, please complete related case form.

**DATE** 6.29.07 **SIGNATURE OF ATTORNEY OF RECORD** NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

