**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
```
Department of Homeland Security
U.S. Citizenship & Immigration Services
2675 Prosperity Ave.
Fairfax, Virgiia 22031
```

Civil Action, File Number __CA-07-1165 RMU__

__Samira Azzam__

V.

__Department of Homeland Sec. et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If [...] indicate under your signature your authority.

[...] days, you (or the party on whose behalf you [...] complaint in any other manner permitted by law.

[... on] behalf you are being served) must answer the [...] by default will be taken against you for the

[...] receipt of Summons and Complaint By Mail was

(USMS Official)

COMPLAINT

complaint in the above captioned manner at

[...] ber and Street Name or P.O. Box No.

City, State and Zip Code

Signature

**RECEIVED**
**JUL 19 2007**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Relationship to Entity/Authority to Receive Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

---

*PS Form 3811 Return Receipt (overlaid):*

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Dept of Homeland Security

2. Article Number (Transfer from service label): 7003 2260 0000 4984 6379

COMPLETE THIS SECTION ON DELIVERY
A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540