# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMIRA AZZAM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case Number: 1:07CV1165(RMU) |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| United States Department of the Treasury, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned action.

Dated: September 17, 2007        Respectfully submitted,

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of September, 2007, I caused the foregoing Notice to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

SAMIRA AZZAM
119 Pierce Street, NW
Washington, DC 20001

                                                      /s/   *Robin M. Meriweather*
                                      ROBIN M. MERIWEATHER, D.C. Bar # 490114