**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SAMIRA AZZAM, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case Number: 1:07CV1165(RMU) |
|  | ) | |
| DEPARTMENT OF HOMELAND SECURITY, United States Department of the Treasury, | ) ) ) | |
|  | ) | |
| Defendant. | ) ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND FOR LEAVE OF COURT TO REQUEST ENLARGEMENT OF TIME**

Defendant United States Department of Homeland Security ("DHS"), through undersigned counsel, hereby respectfully moves for an enlargement of time of 30 days, up to and including October 17, 2007, in which to move, answer or otherwise respond to Plaintiff's complaint, and seeks leave of Court to submit this enlargement motion less than four business days prior to the current deadline for Defendant's answer or other responsive pleading. Defendant's response would otherwise be due September 17, 2007. Although the terms of Local Rule 7(m) do not require consultation with pro se parties, counsel for Defendant contacted Plaintiff to seek her position on this enlargement motion. Plaintiff does not oppose the enlargement of time. In support of this motion, Defendant states as follows:

This case arises out of an application for naturalization filed by Plaintiff Samira Azzam. Plaintiff alleges that DHS denied her application, and that DHS subsequently issued a letter denying her application for a hearing on the matter. See Compl. at 1-2. Plaintiff further alleges

that the denial letter was based on the mistaken premise that she had failed to appear at the hearing, and alleges that she asked that the hearing be rescheduled.  See id.

To prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with agency counsel concerning the factual allegations raised in Plaintiff's complaint and the facts that support any defense DHS may raise.  The undersigned also must review the relevant portions of the record concerning the examination(s) and/or hearing(s) conducted by the United States Citizenship and Immigration Services ("USCIS").  Counsel for Defendant needs additional time to complete that factual investigation and review of the record, and to prepare Defendant's responsive pleading.

The undersigned also seeks leave of Court to submit this enlargement motion less than four business days in advance of the current deadline.  On the evening of September 14, 2007, the undersigned Assistant United States Attorney spoke to a USCIS staff member, and learned new facts concerning the status of Plaintiff's naturalization application.  Those new facts affect the position that Defendant will take in its answer, motion, or other responsive pleading.  Those facts also raise the possibility that the parties may be able to resolve this dispute through the administrative process.  As a result of those new facts, agency counsel will be unable to provide the information and materials necessary to submit Defendant's responsive pleading on the current deadline of September 17, 2007.  Because the undersigned previously believed Defendant could submit its responsive pleading by September 17, 2007, the undersigned did not submit this enlargement motion four business days in advance of the current deadline.

Defendant has not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendant an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

An order granting the relief sought is attached hereto.

Dated: September 17, 2007               Respectfully submitted,


                                        /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


                                        /s/
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney


                                        /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        Phone: (202) 514-7198   Fax: (202) 514-8780
                                        Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2007, I caused the foregoing Motion for Extension of Time to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

SAMIRA AZZAM

119 Pierce Street, NW
Washington, DC 20001

                                            /s/  *Robin M. Meriweather*
                                  ROBIN M. MERIWEATHER, D.C. Bar # 490114

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| SAMIRA AZZAM, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 1:07CV1165(RMU) |
|  | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| United States Department of the Treasury, | ) |
|  | ) |
| Defendant. | ) |

_____)

## ORDER

Upon consideration of Defendant's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

It is further ORDERED that Defendant shall submit an Answer or otherwise respond to Plaintiff's Complaint by October 17, 2007.

SO ORDERED.

_____

United States District Judge