UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIRA AZZAM, ) <br> ) <br>         Plaintiff, ) <br>   v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY, ) <br> United States Department of the Treasury, ) <br> ) <br>         Defendant. ) <br> ) | Case Number: 1:07CV1165(RMU) |

## ANSWER

Defendant United States Department of Homeland Security ("DHS"), through undersigned counsel, by and through undersigned counsel, hereby answers Plaintiff's Complaint as follows.

### AFFIRMATIVE DEFENSES

<u>First Affirmative Defense</u>

Plaintiff failed to exhaust some or all of her administrative remedies.

<u>Second Affirmative Defense</u>

Events postdating the filing of the case have rendered this case moot.

<u>Third Affirmative Defense</u>

The Court lacks subject matter jurisdiction to review Plaintiff's claims.

### SPECIFIC RESPONSES

Defendant responds to the specific allegations of Plaintiff's complaint in the numbered paragraphs below. The paragraphs that constitute Plaintiff's complaint are not numbered. To ensure clarity and plainly identify the allegations to which Defendant responds, Defendant has numbered the paragraphs in a copy of Plaintiff's complaint, and recorded the numbers in the left

column of that copy. Said numbered copy is attached hereto as Exhibit 1. Defendant responds to those numbered allegations as follows:

1.    Defendant admits that a denial letter was issued March 30, 2007. To the extent the allegations of Paragraph 1 purport to characterize the contents of that letter, Defendant respectfully refers the Court to the letter — which was submitted as an Exhibit to Plaintiff's complaint — for a true and accurate statement of its contents, and denies all contrary allegations. Defendant admits that Plaintiff submitted an application for naturalization on November 23, 2005. Defendant further states that it has approved Plaintiff's application for naturalization. Defendant denies that Plaintiff had no file concerning Plaintiff as of August 8, 2005. Defendant lacks knowledge sufficient to form a belief as to the truth of the remaining allegations of Paragraph 1, and therefore denies them.

2.    Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 2, and therefore denies them.

3.    Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations of Paragraph 3, and therefore denies them.

4.    Paragraph 4 sets forth Plaintiff's prayer for relief, to which no response is required. Defendant denies that Plaintiff is entitled to any of the relief requested in the Prayer for Relief or any relief whatsoever.

5.    Paragraph 5 provides Plaintiff's request that the Court contact her should it have any questions, to which no response is required.

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant asserts a general denial as to those allegations contained in Plaintiff's Complaint that are not clearly and specifically admitted herein

Dated: October 17, 2007                              Respectfully submitted,

    /s/ by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/ by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. BAR # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of October, 2007, I caused the foregoing Answer to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

SAMIRA AZZAM
119 Pierce Street, NW
Washington, DC 20001

                                      /s/   *Robin M. Meriweather*
                            ROBIN M. MERIWEATHER, D.C. Bar # 490114

FILED
JUN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Samira Azzam
119 Pierce Street NW
Washington DC 20001
202-391-8192

VS.

Department of Homeland Security
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue,
Fairfax, VA 22031-4906

Case: 1:07-cv-01165
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/29/2007
Description: Pro Se Gen. Civil

## COMPLAINT

(1) I received a denial letter on March 30, 2007 regarding my application for naturalization which contains incorrect facts which are as follows,

- The letter states that "the record of the service reflects that the District Director denied your application on August 8, 2005." **The fact is** I filed my application of naturalization on 11/23/05, (copy of my application is attached). I did not have any file with the U.S. Citizenship and Immigration Services, USCIS, on August 8, 2005.
- The letter states that "you failed to appear for your scheduled appointment on March 28, 2007." **The fact is** I appeared and met Mr. Henry Barber, Supervisor, and informed him about the emergency that we have and I asked for re-schedule my appointment. Mr. Barber thanked me for coming and told me that He will send us a letter with the new schedule date within a month.

(2) To report the mistakes in the denial letter, I went to USCIS office four times in the following dates;

- **First time, on April 9th**, I informed Ms. D.A. Hawkins, Information Officer, about the mistake and she asked me to fill an Inquiry Form stating the facts. She told me "you will receive a response within a week to 10 days". I filled the Inquiry Form, but I did not receive any response.
- **Second time, on April 20th**, I speak with Ms. Clark and I asked her if I can meet Mr. Barber because of the time constrained on the letter, but she said no. She

RECEIVED
JUN 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

asked me to fill the Inquiry Form and told me " you will receive a response by mail within a week or 10 days", but I have received no response.

- **Third time, on May 8th**, when I asked the Information Officer about my case, she said, Right now, Mr. Barber has your file and you should receive a response shortly and she asked me to fill the Inquiry Form. I did fill the Inquiry Form and I attached a letter to Mr. Barber, but again I have not received any response.
- **Froth time, June 18th**, I asked the Information Officer about any update on my application. She told me we called your file on June 11th. I told her, but last time I was told that Mr. Barber has my file and now you are saying the file has been called and the file is not here yet. She said I don't have control upstairs. All what we can do is take your Inquiry Form to them.
She added, I understand your frustration but I can not let you meet Mr. Barber and I can not do anything except taking the Inquiry Form to them. When I showed her the time restriction on the denial letter, 120 day for appeal from March 30th, she advised me to go to the United State District Court and she gave me the address.

(3) I have never had any case with the Court and bring my case to the Court is the only option left for me. Although I am disappointed with USCIS over my case, I have confidence in U.S. Court System justice and fair judgment.

(4) I am asking your honor to look at my case and help me since I tried everything that I can with USCIS, but I did not received any type of response and they refused to let me meet with the CIS Officer. I would really appreciate your time, consideration and assistance.

(5) Should your honor have any question or need more information, please contact me.


Sincerely,

Samira Azzam/Amal Azzam

Samra Azzam
6/21/07

119 Pierce Street NW
Washington DC 20001
202-391-8192