UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIRA AZZAM,<br><br>        Plaintiff,<br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br>United States Citizenship and Immigration Services,<br>        Defendant. | Case Number: 1:07CV1165 (RMU) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

Respectfully submitted,

*Samira Azzam*
SAMIRA AZZAM
*Pro Se* Plaintiff
119 Pierce Street, NW
Washington, DC 20001

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*

Dated: October 4, 2007